# MICHAEL HURLEY, CSR
1330 MACKIE DRIVE * RICHARDSON, TX  75081 * 214-226-2547

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/28/2015 11:25:15 AM
CATHY S. LUSK
Clerk

August 28, 2015

Clerk Of The Court
Twelfth Court Of Appeals
1517 West Front Street
Suite 354
Tyler, TX 75702


Re: In The Matter Of The Marriage Of Heather Denice Dixon And
    Edsel Amos Dixon
    In The Interest Of Ashley Lynn Dixon, Minor Child
    Cause No. 9544


To The Clerk Of The Court

     I received notice on August 27, 2015 that the court reporter's record, for the above styled case, was past due. The partial record, for the April 24, 2015 hearing, was delivered to the court of appeals on June 19, 2015.  This was the only hearing that Mr. Roberts requested and/or paid for, where I was the court reporter.

     I spoke with Ashley, in your office and she inquired if I was the court reporter on May 8, 2015, June 4, 2015 or June 26, 2015.  According to my records, I was not the court reporter on those dates.

     If you have any questions or if I can be any further service, please don't hesitate to call.


                         Sincerely
                         Michael Hurley